IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RONALD DAVID JONES,

    Plaintiff,

v.                                                  CASE NO. 4:15cv105-RH/CAS

ERIC HINSON et al.,

    Defendants.

_____/

## ORDER OF DISMISSAL

The case is before the court on the magistrate judge's report and recommendation, ECF No. 4, and the objections, ECF No. 7. I have reviewed de novo the issues raised by the objections. As the report and recommendation correctly concludes, the complaint shows on its face that the plaintiff's claims are barred by the statute of limitations. Accordingly,

    IT IS ORDERED:

    The report and recommendation is accepted. The clerk must enter judgment stating, "The complaint is dismissed with prejudice." The clerk must close the file.

    SO ORDERED on December 15, 2015.

                                          s/Robert L. Hinkle
                                          United States District Judge